■ Tasia Xikis, Respondent, v John Xikis, Appellant.—In a support proceeding, the appeal is from so much of an order of the Family Court, Queens County, dated August 8, 1977, as awarded petitioner counsel fees in the amount of $11,000. Order modified, on the facts, by reducing the award of counsel fees to the sum of $7,500. As so modified, order affirmed insofar as appealed from, without costs or disbursements. The award of counsel fees

was excessive to the extent indicated herein. Hopkins, J. P., Martuscello, Rabin and Hawkins, JJ., concur.